IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**THOMAS BEAL,**

    **Plaintiff,**

**v.** // **CIVIL ACTION NO. 1:07CV46**
(Judge Keeley)

**MONRO MUFFLER BRAKE, INC.,**
a New York Corporation,

    **Defendant.**

## ORDER ON MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Steven R. Fanok has withdrawn his request to appear *pro hac vice* and now seeks full admission to practice in this Court. In view of this, the Court **DENIES** his application for admission *pro hac vice* (docket no. 13) as **MOOT**, and **DIRECTS** the Clerk to return Mr. Fanok's *pro hac vice* fee payment (docket no. 14).

The Clerk is directed to transmit copies of this order to counsel of record.

It is so **ORDERED**.

DATED: August 23, 2007.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE